# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00680-CV

**Ray Himel, Individually; RNL, Inc.; and Gulf Coast Boats, Inc., Appellants**

**v.**

**Ronnie Bertagna and Dorothy Bertagna, Appellees**

## FROM THE DISTRICT COURT OF HAYS COUNTY, 22ND JUDICIAL DISTRICT
## NO. 05-0869, HONORABLE WILLIAM HENRY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed a joint motion asking this Court to abate the appeal while they are engaging in settlement negotiations. We grant the motion and abate the appeal until November 7, 2007. If the settlement has been finalized by that date, the parties are instructed to file a motion to reinstate and dismiss the appeal in accordance with their settlement agreement. If the parties have not finalized their settlement by that date, they are instructed to file a report informing this Court about the status of the appeal and requesting an extension of the abatement.

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Puryear and Henson

Abated

Filed:   September 7, 2007